UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JOEY D. RHULE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:20-CV-00525-JRG-DCP |
| | ) | |
| TONY PARKER *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. The Clerk is **DIRECTED** to correct the docket entry for Plaintiff's affidavit in support of his amended complaint [Doc. 6] by adding the last page of the docket entry for Plaintiff's complaint [Doc. 5 at 13] to Plaintiff's affidavit [Doc. 6] and filing it as a new docket entry;

2. Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under § 1983 as to the BCCX and MCCX Defendants;

3. Accordingly, the BCCX and MCCX Defendants are **DISMISSED** from this action pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915(A); and

4. The Clerk is **DIRECTED** to transfer the remainder of this action to the Nashville Division of the United States District Court for the Middle District of Tennessee and to close this Court's file.

So ordered.

ENTER:

                                                  s/J. RONNIE GREER
                                              UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

    s/ *John L. Medearis*
    District Court Clerk